345 A.2d 709

William J. HILL, an Individual citizen, Appellant,

v.

Will E. ALTON, Director of Department of Elections for Allegheny County, et al., Appellee.

Supreme Court of Pennsylvania.

Argued Oct. 23, 1975.

Decided Oct. 24, 1975.

Ronald A. Berlin, Paul D. Boas, Pittsburgh, for appellant.

Stephen A. Zappala, County Solicitor, James H. McLean, Deputy County Solicitor, Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Order affirmed.